**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 WEST CAPITOL AVENUE, SUITE D-444
LITTLE ROCK, ARKANSAS 72201-3325

**KRISTINE G. BAKER**  (501) 604-5420
**DISTRICT JUDGE**  FAX: (501) 604-5427

June 29, 2012

*Via Electronic Mail*

Gena Gregory, Esq.
Elizabeth LaRue, Esq.
David D. Wilson, Esq.

    Re:   *Stark Manufacturing, LLC v. Parks Industries, LLC and Gary Parks*,
           4:11CV718 KGB

Dear Counselors:

    I have reviewed the list of cases transferred to me. Please consider this letter a disclosure under 28 U.S.C. § 455(a). Section 455(a) states: "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

    I reviewed the pleadings filed to date in the above-referenced matter. I have no knowledge of the business, transaction, or settlement agreement that are the subject of the Amended Complaint. I have never discussed with anyone from or associated with Stark Manufacturing, LLC, any issues related to the business, transaction, or settlement agreement that are the subject of the Amended Complaint.

    While in private practice, however, I counseled Stark Manufacturing, LLC on employment matters from time-to-time and drafted various employment documents for the company. I did not represent the company in any litigated matters, and my work for the company was confined to employment counseling only. I have never met personally with anyone associated with the company, although I have spoken on the telephone and communicated by electronic mail with various individuals associated with the company including but not limited to Neal Cohen and Debbie Riley.

    After considering the issue, I have decided that I should recuse in order to avoid the appearance of impropriety. The Clerk of the Court will reassign this case.

                                 Respectfully yours,

                                 Kristine G. Baker

KGB
cc:    Court File